UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| YVONNE JETT, | No. C 11-05078 JSC |
| Plaintiff, | **ORDER DISMISSING COMPLAINT WITH PREJUDICE** |
| v. | |
| UNITED STATES. POSTAL SERVICE, | |
| Defendant. | |

In this case Plaintiff alleges that Defendant denied her a reasonable work accommodation, thereby discriminating against her on the basis of a disability. On November 15, 2011, the Court granted Plaintiff's application to proceed *in forma pauperis* but dismissed her complaint with leave to amend because judicially noticeable records demonstrate that Plaintiff already litigated these same claims in Jett v. Potter et al., Case No. 08-4290 (N.D. Cal). Plaintiff was directed to file an amended complaint, if any, on or before December 15, 2011. As of December 19, 2011, Plaintiff had not filed such an amended complaint. Consequently, this case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 19, 2011

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE