IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE JETT,<br><br>         Plaintiff,<br><br>    v.<br><br>U.S. POSTAL SERVICE,<br><br>         Defendant. | Case No.: C-11-5078 JSC<br><br>**ORDER RE: PLAINTIFF'S THIRD AMENDED COMPLAINT (Dkt. No. 11)** |

The Court is in receipt of Plaintiff's third amended complaint filed January 26, 2012. (Dkt. No. 11.) On January 3, 2012, the Court dismissed this case with prejudice. (Dkt. No. 10.) Plaintiff did not have leave to further amend her pleadings as this case is closed.

**IT IS SO ORDERED.**

Dated: January 31, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE